AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

**V.**

ROBERT DENMARK, A/K/A Darrick Scrubb

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 05 - 1649-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____February 9, 2005_____ in _____Worcester_____ county, in the

District of _____Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

Illegally re-enter the United States after Deportation

in violation of Title **8** United States Code, Section(s) _____1326_____

I further state that I am a(n) _____Special Agent_____ and that this complaint is based on the following
                                        Official Title

facts:

See the attached affidavit of Matthew Gilmore, Special Agent, United States Bureau of Immigration and Customs Enforcement ("ICE")

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,    S/A Matthew Gilmore

_____3-1-05_____    at    _____Worcester, Massachusetts_____
Date                                                           City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

_____
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.