AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

ROBERT DENMARK, A/K/A Darrick Scrubb

**WARRANT FOR ARREST**

CASE NUMBER: 05-1649-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ROBERT DENMARK, A/K/A Darrick Scrubb
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Illegal Re-entry After Deportation

in violation of
Title          8          United States Code, Section(s)  1326

Charles B. Swartwood III
Name of Issuing Officer

U S Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

03-01-2005     Worcester, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
South Bay

| DATE RECEIVED 3-4-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-4-05 | Matthew Gilmore Special Agent | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.